AO 10*
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCKEE, THEODORE A. | U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 08/02/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 20614 U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILDELPHIA,<br>PA. 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL PARTNER | PUJKEE ASSOCIATES; (see section viii for information) |
| 2. | DIRECTOR | FOX CHASE CANCER CENTER |
| 3. | ADVISORY BOARD | CITY YEAR OF GREATER PHILADELPHIA |
| 4. | TRUSTEE | TEMPLE UNIVERSITY |
| 5. | TRUSTEE | SYRACUSE UNIVERSITY |
| 6. | BOARD OF VISITORS | TEMPLE UNIVERSITY COLLEGE OF LAW |
| 7. | BOARD OF VISITORS (honorary member) | SYRACUSE UNIVERSITY COLLEGE OF LAW |
| 8. | BOARD OF DIRECTORS | VERA INSTITUTE OF JUSTICE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

McKee, Theodore A.

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCKEE, THEODORE A. | 08/02/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2010 | ADMINISTRATIVE OFFICE OF THE PENNSYLVANIA COURTS | $12,000.00 |
| 2. JUNE 2010 | FORDHAM UNIVERSITY COLLEGE OF LAW (teaching, airfare to Ghana and lodging while teaching there) | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2010 | UNIVERSITY OF PENNSYLVANIA - PRESBYTERIAN MEDICAL CENTER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | University of Southern California | March 4-7, 2010 | Los Angeles | Moot Court at law school | loding, some meals and travel ($888.00) |
| 2. | NYU law school | March 26-27 | New York City | Help select recipients of public interest fellowship at law school | Travel, lodging and some meals ($808.72) |
| 3. | Case Western University | April 9-11, 2010 | Cleveland Ohio | Moot Court at law school | travel loding and some meals ($615.00) |
| 4. | SYRACUSE UNIVERSITY COLLEGE OF LAW | APRIL 15 | SYRACUSE NEW YORK | LECTURE AT LAW SCHOOL | TRAVEL ($819.40) |
| 5. | SYRACUSE UNIVERSITY COLLEGE OF LAW | APRIL 19-20 | SYRACUSE NEW YORK | MOOT COURT | AIR TRAVEL AND LODING ($1043.00) |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 08/02/2011 |

| 6. | SYRACUSE UNIVERSITY | APRIL 23-25 | ATLANTA GEORGIA | "COLD CASE" CIVIL RIGHTS SYMPOSIUM SPONSORED BY UNIVERSITY AND LAW SCHOOL | AIR TRAVEL AND LODGING ($690.00) |
|---|---|---|---|---|---|
| 7. | FORDHAM UNIVERSITY COLLEGE OF LAW | JUNE 6-18 | ACCRA, GHANA | TEACHIONG COURSE WITHIN FORDHAM UNIVEISTY COLLEGE OF LAW PROGRAM IN GHANA | LODING, AIR TRAVEL, MEALS, TEACHING STIPEND (TOTAL FOR ALL WAS $10,000, OF WHICH THE AMT OF THE STIPEND WAS APPROX. $5,000 |
| 8. | UNITED STATES DEPT OF JUSTICE, BUREA OF IMMIGRATION | JULY 18-19 | WASHINGTON, D.C. | PANEL AT ANNUAL MEETING OF IMMIGRATION JUDGES | TRAVEL AND LODING ($577.99) |
| 9. | SIDLEY, AUSTIN LAW FIRM | JULY 19-20 | WASHINGTON, D.C. | PANEL ON IMPORTANCE OF DIVERSITY | LODING, TRAIN FARE ($768.12) |
| 10. | ABA | AUGUST 24, | WASHINGTON, D.C. | ABA COMMITTEE ON RACIAL JUSTICE IMPROVEMENT | TRAIN FARE, ($330>12) |
| 11. | ABA | SEPTEMBER 11, | WASHINGTON, D.C. | ATTEND MEETING OF STANDARDS COMMITTEE | TRAIN FARE ($150.00) |
| 12. | VERA INSTITUTE OF JUSTICE | SEPTEMBER 20 | NEW YORK, NEW YORK | BOARD MEETING | TRAIN FARE ($ 114.)) |
| 13. | ABA | NOVEMBER 4-6 | WASHINGTON, D.C. | ATTEND MEETING | TRAIN FARE AND LODGING ($880.12) |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 08/02/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CLEG CELEGENE CORP | A | Dividend | | | Closed | 03/05/10 | J | B | |
| 2. CARDINAL HEALTH | A | Dividend | J | T | | | | | |
| 3. CENTURYTEL INC -CTL | A | Dividend | J | T | | | | | |
| 4. DR. HORTON COM STOCK | A | Dividend | J | T | | | | | |
| 5. COCA COLA | A | Dividend | J | T | | | | | |
| 6. COLGATE PALMOLIVE | A | Dividend | | | Closed | 08/05/10 | J | A | |
| 7. DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | | | | | |
| 8. DPL INC; DPL | A | Dividend | | | Closed | 03/05/10 | J | A | |
| 9. EDISON INTL CALIF | A | Dividend | J | T | | | | | |
| 10. EMBAQ CORP | A | Dividend | J | T | | | | | |
| 11. ENTERGY | A | Dividend | J | T | | | | | |
| 12. EXCELON CORP | A | Dividend | J | T | | | | | |
| 13. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 14. FIRSTENERGY CORP, FE | A | Dividend | J | T | | | | | |
| 15. IDEARC INC | A | Dividend | J | T | | | | | |
| 16. FINANCIAL SECOT SPDRS (XLF) | A | Dividend | J | T | | | | | |
| 17. ILLUMINA INC COM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 19. LENAR CORP | A | Dividend | J | T | | | | | |
| 20. MEMC ELECTR MATLS INC | A | Dividend | J | T | | | | | |
| 21. MERCK | A | Dividend | J | T | | | | | |
| 22. REBOK | A | Dividend | J | T | | | | | |
| 23. PAX WORLD SOCIAL FUND | A | Dividend | J | T | | | | | |
| 24. PG7 E. CORP | A | Dividend | J | T | Buy (add'l) | 03/10/10 | J | | |
| 25. PHARACEUTICAL PROD DEV | A | Dividend | J | T | | | | | |
| 26. QUALCOM | A | Dividend | J | T | | | | | |
| 27. SLM CORP | A | Dividend | J | T | | | | | |
| 28. SSGA TUCKERMAN REIT MUTUAL FUND | A | Dividend | J | T | | | | | |
| 29. STAPLESQ | A | Dividend | J | T | | | | | |
| 30. VERIZON | A | Dividend | J | T | | | | | |
| 31. WHOLE FOODS MARKET | A | Dividend | J | T | | | | | |
| 32. BEN AND JERRY'S | A | Dividend | J | T | | | | | |
| 33. DRESHNER RCM BROTECK FUND | A | Dividend | J | T | | | | | |
| 34. APOLLO GROPU | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CITIZENS CORE GROWTH FUND | A | Dividend | J | T | | | | | |
| 36. CITIZENS EMERGING GROWTH FUND | A | Dividend | J | T | | | | | |
| 37. CITIZENS GLOBAL EQUITY FUND | A | Dividend | J | T | | | | | |
| 38. MFS EMERGING GROWTH FUND | A | Dividend | J | T | | | | | |
| 39. CISCO | A | Dividend | J | T | | | | | |
| 40. DUKE ENERGY | A | Dividend | | | Closed | 12/09/10 | J | A | |
| 41. DPL INC EXECUTED (SEE SECTION VIII) | | | | | | | | | |
| 42. ENERGY EAST CORP COM STOCK | A | Dividend | J | T | | | | | |
| 43. FPL GROUP INC | A | Dividend | J | T | | | | | |
| 44. FLOUR CORP NEW DEL COM | A | Dividend | J | T | | | | | |
| 45. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 46. PINNACLE WEST | A | Dividend | J | T | | | | | |
| 47. NORTHEAST UTILITIES | A | Dividend | J | T | | | | | |
| 48. PNM RESOURCES INC | A | Dividend | J | T | | | | | |
| 49. PG&E | A | Dividend | J | T | | | | | |
| 50. RBC BEARINGS | A | Dividend | J | T | | | | | |
| 51. SOUTHERN ENERGY | A | Dividend | J | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                  J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)       N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                 P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)               U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRANSOCEAN INC | A | Dividend | | | Closed | 08/05/10 | J | A | |
| 53. WISCONSIN ENERGY | A | Dividend | J | T | | | | | |
| 54. WASHINGTON MUTUAL FUND | A | Dividend | J | T | | | | | |
| 55. HENRY SCHEIN STOCK | A | Dividend | J | T | | | | | |
| 56. AMERICAN WASH MUTUAL AWSHX | A | Dividend | J | T | | | | | |
| 57. EURO PACIFIC FUND | A | Dividend | J | T | | | | | |
| 58. WELLPOINT | A | Dividend | J | T | | | | | |
| 59. WISCONSIN ENERGY | A | Dividend | J | T | | | | | |
| 60. PLEXUS CORP | A | Dividend | J | T | | | | | |
| 61. ILLUMINA INC COM | A | Dividend | J | T | | | | | |
| 62. GENERAL CABLE CORP | A | Dividend | J | T | | | | | |
| 63. FRANKLIN FLTG RAGE, FCRX | A | Dividend | J | T | | | | | |
| 64. ppl corp | A | Dividend | J | T | | | | | |
| 65. PEPSICO INC | A | Dividend | | | Closed | 09/29/10 | J | A | |
| 66. CALVERT INCOME FUND | A | Dividend | J | T | | | | | |
| 67. AMERICAN EURO PACIFIC MUTUAL | A | Dividend | J | T | | | | | |
| 68. AMERICAN WASHINGTON MUTUAL FUND | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CENTURY TELE INC (CTL) | A | Dividend | J | T | | | | | |
| 70. NY ENERGY CORP | A | Dividend | J | T | | | | | |
| 71. CENTURY TELE INC | A | Dividend | J | T | | | | | |
| 72. CMS ENERGY | A | Dividend | | | Closed | 12/10/10 | J | B | |
| 73. ALIANT ENERGY | A | Dividend | J | T | | | | | |
| 74. FIRST ENERGY | A | Dividend | | | Closed | 12/09/10 | J | A | |
| 75. NSTAR COM | A | Dividend | J | T | Buy (add'l) | 03/10/10 | J | | |
| 76. NV ENERGY | A | Dividend | | | Closed | 03/05/10 | J | A | |
| 77. YUM BRANDS | A | Dividend | J | T | | | | | |
| 78. PAX WORLD SOCIAL FUND | A | Dividend | J | T | | | | | |
| 79. GFACX-AMERICAN GROWTH | A | Dividend | J | T | | | | | |
| 80. PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |
| 81. WISCONSIN ENERGY | A | Dividend | J | T | | | | | |
| 82. JOHN HANCOCK MUTUAL FUND (JCVCX) | A | Dividend | J | T | | | | | |
| 83. DREYFUS FUND | A | Dividend | J | T | | | | | |
| 84. BLACKROCK INDUSTRIES (BISIX) | A | Dividend | J | T | | | | | |
| 85. ADOBE | A | Dividend | | | Closed | 03/10/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C 1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 08/02/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. EXPRESS SCRIPTS | A | Dividend | | | Closed | 12/09/10 | J | A | |
| 87. HERMAN MILLER COMMON STOCK | A | Dividend | J | T | Buy | 08/31/10 | J | | |
| 88. OSHKOSH CORP | A | Dividend | | | Buy | 03/05/10 | J | | |
| 89. OSHKOSH CORP | A | Dividend | | | Closed | 09/29/10 | J | A | |
| 90. PPL CORP | A | Dividend | | | Closed | 12/09/10 | J | A | |
| 91. UNITED PARCEL SVC CL B | A | Dividend | J | T | Buy | 09/29/10 | J | | |
| 92. YAHOO INC | A | Dividend | J | T | Buy | 08/05/10 | J | | |
| 93. LIBERTY MEDIA HLDG (SEE SECTION VIII) | A | Dividend | | | Closed | 03/05/10 | J | | |
| 94. LIBERTY MEDIA HLDG | A | Dividend | | | Closed | 08/05/10 | J | A | |
| 95. TUPPERWARE BRANDS CORP | A | Dividend | | | Buy | 03/05/10 | J | | |
| 96. TUPPERWARE BRANDS CORP | | | | | Closed | 08/05/10 | J | A | |
| 97. DARDEN RESTAURANTS | A | Dividend | J | T | Buy | 03/10/10 | J | | |
| 98. NEXTERA ENERGY SHS | A | Dividend | J | T | Spinoff (from line 90) | 06/04/10 | J | | |
| 99. FIRST SOLAR INC | A | Dividend | J | T | Buy | 08/10/10 | J | | |
| 100. EXXON MOBILE | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. On LIne 4 1, of Section VII on last year's report, I listed "DPL INC Executed." That listing appears to have been in error as it does not refer to an investment, rather it is a notation that an order to buy or sell a security, "DPL" was executed. That security is listed on line 10 of that section. Please consider this as an amendment to that section of my 2009 FDR.

2. This year, as in all previous years I have listed an interest in "Pujkee Associates" under Section I. As previously explained, that is an informal     partnership consisteing     It does not, and never has, made a profit nor was it ever intended to function as a profitable enterprise.     has since quit claimed her interest in favor of     

3. LINE 93 - LIBERTY MUTUAL HOLDG - I AM REPORTING THE PURCHASE OF "ADDITONAL SHARES" EVEN THOUGH I DO NOT BELIEVE I REPORTED THE INITIAL ACQUISTION OF THIS EQUITY. IT IS HELD IN     IRA AND WAS FIRST ACQUIRED ON AUGUST 6, 2009 FOR A COST OF "AMOUNT CODE" J. ANY DIDIVIDENDS PAID DURING THE YEAR 2009 WOULD NOT HAVE EXCEEDED CODE "A. AND THE VALUE AT THE END OF 2009 WOULD HAVE BEEN VALUE CODE J, CALCULATED BY METHOD T. PLEASE CONSIDER THIS INFORMATION AS AN AMENDMENT TO MY 2009 ANNUAL REPORT.

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 08/02/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **THEODORE A. MCKEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544